# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> RUBEN SOLIS, ) <br> ) <br> Defendant. ) <br> ) | 2:10-cr-00546-LDG-PAL <br><br> **ORDER** |

Pursuant to the order filed September 7, 2011, directing the appointment of counsel to perfect an appeal,

IT IS HEREBY ORDERED THAT Beau Sterling is appointed to represent Mr. Solis for this appeal. Mr. Sterling's address is 228 South 4th Street, Las Vegas, Nevada 89101 and phone number is 702-240-2499.

Former counsel, the Federal Public Defender, is directed to forward the file to Mr. Sterling forthwith.

DATED this ___ day of September, 2011.

_____
United States District Judge